ELIZABETH LaV. McHUGH, Respondent, *v.* ANNA K. LASCO et al., Appellants.

Submitted January 12, 1940; decided February 27, 1940.

*Armende Lesser* for appellants.

*Adrian P. Burke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.